GIERBOLINI, APELADO, *v.* PASSALACQUA, APELANTE.

### Corte de Distrito de Ponce.

No. 2589.—Resuelto en diciembre 23, 1922.

Se estableció demanda en este caso en cobro de $5560, alegándose, que se celebró un contrato con el demandado sobre venta de ciento setenta y cinco fanegas de café a razón de $40 la fanega, llegando a entregarle ciento treinta y nueve fanegas y 5 litros, y que el demandado se ha negado a satisfacer su precio. Contestó el demandado aceptando el contrato pero alegando que el café debía ser de calidad superior; ofreció pagar el precio convenido por sólo 30 fanegas

que era de la calidad pactada y proponiendo liquidar las otras a razón de $30 la fanega. Se celebró el juicio practicándose una larga prueba y la corte finalmente dictó sentencia declarando la demanda con lugar. Los errores que se alegan se refieren todos a la apreciación de las pruebas, la cual es contradictoria. La corte resolvió el conflicto en favor del demandante, sin que se haya demostrado pasión, prejuicio o parcialidad o manifiesto error. Se confirma la sentencia.

El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.